# Case No. 9,158.

## MARTIN v. BURNS.

[Nowhere reported; opinion not now accessible.]